UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALE DAVIS,<br><br>                              Plaintiff,<br><br>     -against-<br><br>CHESTER JAMES WALKER JR.<br>(FATHER),<br><br>                              Defendant. | 23-CV-0713 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the April 3, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 3, 2023
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                    Chief United States District Judge