UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALE DAVIS,<br><br>                    Plaintiff,<br><br>           -against-<br><br>CHESTER JAMES WALKER JR. (FATHER),<br><br>                    Defendant. | 23-CV-0713 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 3, 2023, the Court dismissed Plaintiff's complaint for lack of subject matter jurisdiction, and the Clerk of Court entered judgment on April 4, 2023. (ECF 9-10.) Seven days later, Plaintiff filed a notice of appeal and a motion for an extension of time to file the notice of appeal. (ECF 11-12.) Because Plaintiff's notice of appeal is timely, the Court denies the motion for an extension of time as moot. The Court directs the Clerk of Court to terminate the motion at document number 11.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 14, 2023
             New York, New York

                                                               /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                         Chief United States District Judge